```
 1  LAW OFFICES OF BILL LATOUR
 2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
 3      Colton, California 92324
 4      Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
 5      E-Mail: fed.latour@yahoo.com
 6
 7  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| YSIDRO MORENO JR.,              ) | No.  CV 13 - 8492 PLA |
| )                                  | |
|    Plaintiff,    ) | <u>ORDER AWARDING EAJA FEES</u> |
| )                                  | |
|    v.            ) | |
| )                                  | |
| CAROLYN W. COLVIN, Acting       ) | |
| Commissioner Of Social Security,) | |
| )                                  | |
|    Defendant.    ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the terms of the stipulation.

DATE:  2/23/15         _____

                          HON. PAUL L. ABRAMS
                          UNITED STATES MAGISTRATE JUDGE